UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                         :

ANDRE FRANCIS,                                              :

                          Plaintiff,                     :

                                                    :          20-CV-1713 (JPC)

               -v-                                  :

                                                   :                ORDER

NATIONAL RAILROAD PASSENGER CORP.,  :

                      Defendant.                :

                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Discovery in this case ended on February 15, 2021.  (*See* Dkt. 28.)  On February 22, 2021, the parties filed a status letter informing the Court that they intended to engage in settlement discussions and possibly request a referral to the Honorable Sarah L. Cave for a settlement conference.  (Dkt. 29.)  The parties also noted that they did not anticipate filing dispositive motions.  (*Id.*)

      Within one week of the filing of this Order, the parties shall file a joint letter updating the Court on the status of settlement discussions and whether they would like a referral to Judge Cave.

      The Court respectfully reminds the parties that pursuant to 7.B-C of the Court's Individual Rules and Practices in Civil Cases, the proposed joint pretrial order and all pretrial filings are due thirty days after the close of discovery.

      SO ORDERED.

Dated: March 8, 2020
       New York, New York                                    JOHN P. CRONAN
                                                              United States District Judge