# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel:  (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

_____

Sean Constable, Esq.
Admitted in NY & MA

March 15, 2021

Judge John P Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  FRANCIS V. AMTRAK
         20 Civ. 1713 (LGS)

Dear Judge Cronan:

We are plaintiff's counsel in the above-entitled case and write to request a brief extension of the due date for the filing of the Joint Pre-Trial Order and additional trial documents.  While the documents are due today, with a status letter due tomorrow, Sean Constable, the primary handling attorney, had a sudden personal health issue this morning.  He is currently being evaluated.  Insofar as he has been handling this matter and is fully familiar with the facts necessary to finalize all trial documents, it is respectfully requested that he be given a two-week extension of time to finalize the documents and provide the Court with a status update.  I have spoken with defense counsel and they consent to the request.

Very truly yours,

Marc Wietzke

MW:EF
cc:  John Bonventre, Esq.

This request is granted.  The parties shall file the proposed joint pretrial order and all pretrial filings by March 29, 2021.

SO ORDERED.

Date: March 16, 2021
New York, New York

JOHN P. CRONAN
United States District Judge