UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ANDRE FRANCIS,                                                       :
:
:
Plaintiff,                                        :
:    20-CV-1713 (JPC)
-v-                                                    :
:    ORDER
:
NATIONAL RAILROAD PASSENGER CORP.,                                   :
:
Defendant.                                          :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The parties shall appear before the undersigned for a conference to discuss the discovery issue raised in the joint letter dated March 25, 2021 and submitted March 29, 2021. *See* Dkt. 36. The conference shall take place telephonically on April 5, 2021 at 10:00 a.m. At the scheduled time, counsel for all parties shall call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated:  March 31, 2021
        New York, New York
                                                  _____
                                                       JOHN P. CRONAN
                                                  United States District Judge