```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
ANDRE FRANCIS,                                                      :
                                                                    :
                        Plaintiff,                                  :
                                                                    :        20-CV-1713 (JPC)
             -v-                                                    :
                                                                    :            ORDER
NATIONAL RAILROAD PASSENGER CORP.,                                  :
                                                                    :
                        Defendant.                                  :
                                                                    :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that settlement negotiations failed. The parties shall appear before the undersigned for a conference to discuss trial. The conference shall take place telephonically on July 19, 2021 at 11:30 a.m. At the scheduled time, counsel for all parties shall call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: July 14, 2021
       New York, New York                           _____
                                                         JOHN P. CRONAN
                                                      United States District Judge