UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ANDRE FRANCIS,                                                       :
                                                                     :
                        Plaintiff,                                   :
                                                                     :                20-CV-1713 (JPC)
        -v-                                                          :
                                                                     :                ORDER
NATIONAL RAILROAD PASSENGER CORP.,                                   :
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at the conference earlier today, the parties should be ready for trial in this case on February 14, 2022. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

      The Court is in receipt of several pretrial filings, *see* Dkts. 33-35, but others required by 7.B-C of the Court's Individual Rules and Practices in Civil Cases have not been filed. The parties shall submit all required pretrial filings (including any that have already been filed) in accordance with 7.B-C by January 14, 2022. Any opposition to a motion *in limine* shall be filed by January 21, 2022. Parties should submit courtesy copies in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by February 9, 2022. The parties shall appear for a final pretrial conference on February 7, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

      SO ORDERED.

Dated: July 19, 2021
      New York, New York
                                                                             JOHN P. CRONAN
                                                                         United States District Judge