UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
ANDRE FRANCIS,                                                       :
                                                                     :
                           Plaintiff,                                :
                                                                     :     20-CV-1713 (JPC)
          -v-                                                        :
                                                                     :     <u>ORDER</u>
NATIONAL RAILROAD PASSENGER CORP.,                                   :
                                                                     :
                           Defendant.                               :
                                                                     :
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

        On July 19, 2021, the Court scheduled this case to be ready for trial to begin on or about February 14, 2022. By no later than November 5, 2021, the parties shall submit a joint letter to the Court with their current views on whether they still expect the case to proceed to trial as scheduled.

        SO ORDERED.

Dated: October 27, 2021
       New York, New York

                                                         _____
                                                          JOHN P. CRONAN
                                                   United States District Judge