UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ANDRE FRANCIS,                                                     :
:
Plaintiff,                                  :
:          20-CV-1713 (JPC)
-v-                                              :
:                ORDER
NATIONAL RAILROAD PASSENGER CORP.,                                 :
:
Defendant.                                  :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  The parties shall appear for a status teleconference on December 9, 2021, at 10:30 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

  SO ORDERED.

Dated: December 3, 2021
   New York, New York

                 JOHN P. CRONAN
                United States District Judge