UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ANDRE FRANCIS,                                                    :
                                                                  :
                              Plaintiff,                          :
                                                                  :        20-CV-1713 (JPC)
        -v-                                                       :
                                                                  :        ORDER
NATIONAL RAILROAD PASSENGER CORP.,                                :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The conference scheduled for March 28, 2022 is adjourned until April 4, 2022 at 12:00 p.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

       SO ORDERED.

Dated: March 23, 2022
       New York, New York

                                                        JOHN P. CRONAN
                                          United States District Judge